# U.S. District Court
# Eastern District of Virginia – (Alexandria)
# CIVIL DOCKET FOR CASE #: 1:10–cv–00769–JCC–JFA

Smith v. VMware, Inc. et al  
Assigned to: District Judge James C. Cacheris  
Referred to: Magistrate Judge John F. Anderson  
Cause: 31:3729 False Claims Act

Date Filed: 07/09/2010  
Date Terminated: 07/01/2015  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Dane Smith**  
*United States Of America ex rel.*

represented by **John Chapman Petersen**  
Surovell Isaacs Petersen &Levy PLC  
4010 University Dr  
Suite 200  
Fairfax, VA 22030  
(703) 277–9774  
Fax: (703) 591–9285  
Email: jpetersen@smillaw.com  
*TERMINATED: 09/07/2011*  
*ATTORNEY TO BE NOTICED*

**Mark P. Friedlander , Jr.**  
Friedlander Friedlander &Earman PC  
1364 Beverly Rd  
Suite 201  
McLean, VA 22102  
(703) 893–9600  
Email: mpfriedlander@verizon.net  
*ATTORNEY TO BE NOTICED*

**Defendant**

**VMware, Inc.**

**Defendant**

**Carahsoft Technology Corp.**

**Interested Party**

**United States of America**

represented by **Steven Eric Gordon**  
US Attorney's Office (Alexandria)  
2100 Jamieson Avenue  
Alexandria, VA 22314  
(703) 299–3700  
Email: steve.gordon@usdoj.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/09/2010 | Ï 1 | |

| | | |
|---|---|---|
| | | COMPLAINT against Carahsoft Technology Corp., VMware, Inc. ( Filing fee $ 350 receipt number 14683014729.), filed by Dane Smith.(nhall) (Entered: 07/12/2010) |
| 03/02/2012 | 18 | First AMENDED COMPLAINT against Carahsoft Technology Corp., VMware, Inc., filed by Dane Smith. (Attachments: # 1 Exhibit A)(nhall) (Entered: 03/02/2012) |
| 08/02/2012 | 25 | SECOND AMENDED COMPLAINT against Carahsoft Technology Corp., VMware, Inc., filed by Dane Smith.(nhall) (Entered: 08/02/2012) |
| 04/08/2014 | 39 | THIRD AMENDED COMPLAINT against Carahsoft Technology Corp., VMware, Inc., filed by Dane Smith.(nhall) (Entered: 04/09/2014) |
| 06/19/2015 | 54 | United States' Notice Of Intervention For Purposes Of Settlement by United States of America. (Attachments: # 1 Proposed Order)(nhall ) (Entered: 06/22/2015) |
| 06/23/2015 | 55 | ORDER, it is hereby ORDERED that the Relator's Complaint, the Relator's Amended Complaints, the United States' Notice of Intervention for Purposes of Settlement, and this Order be unsealed; and ORDERED that all filings after this Order be unsealed; and ORDERED that all other filings in this matter remain under seal and not be made public. IT IS SO ORDERED. (See Order For Details). Signed by District Judge James C. Cacheris on 6/23/15. (nhall) (Entered: 06/23/2015) |
| 06/30/2015 | 56 | Joint MOTION to Dismiss by Dane Smith, United States of America. (Gordon, Steven) (Entered: 06/30/2015) |
| 07/01/2015 | 57 | So Ordered re 56 Joint MOTION to Dismiss filed by Dane Smith, United States of America. Signed by District Judge James C. Cacheris on 7/1/15. (nhall ) (Entered: 07/01/2015) |
| 08/10/2015 | 58 | Waiver of *Service of Summons* by Dane Smith (Friedlander, Mark) (Main Document 58 replaced on 8/13/2015) (nhall, ). (Entered: 08/10/2015) |
| 08/10/2015 | 59 | MOTION to Transfer Case *for Convenience* by Dane Smith. (Attachments: # 1 Declaration of Jeffrey Ryan In Support of Motion to Transfer, # 2 Declaration of Dane Smith In Support of Motion to Transfer)(Friedlander, Mark) (Entered: 08/10/2015) |
| 08/12/2015 | 60 | ORDER granting 59 Motion to Transfer Case. (See Order For Details). Signed by District Judge James C. Cacheris on 8/12/15. (nhall) (Entered: 08/13/2015) |