UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANE SMITH, an individual, | Case No. 15-cv-03750-HSG |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFF DANE SMITH'S MOTION TO VACATE ARBITRATION AWARD** |
| v. | |
| VMWARE, INC., a Delaware corporation, | |
| Defendant. | Local Rules 6-2, 7-2 |

FINDING GOOD CAUSE based on the Parties' stipulation and Local Rule 6-2, the Court hereby approves the Parties proposed briefing schedule for Plaintiff Dane Smith's motion to vacate as follows:

| | | |
|---|---|---|
| Motion: | Friday, October 13, 2017 | |
| Opposition: | Wednesday, November 1, 2017; | |
| Reply: | Friday, November 10, 2017; | |
| Hearing: | Thursday, December 7, 2017. | |

**IT IS SO ORDERED.**

Dated this 13th dayof October 2017

_____
The Honorable Haywood S. Gilliam Jr.
United States District Judge